Ivan L. COX, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3422.

United States Court of Appeals,
Federal Circuit.

July 6, 2005.

Before MICHEL, Chief Judge,
NEWMAN and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.